Michael G. Bongiorno
Shauna K. Friedman
Keith Bradley
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
212-230-8800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| CMEG NYMEX INC. : | |
| Plaintiff, : | No. 09 Civ. 3677 (GBD) |
| vs. : | ORAL ARGUMENT REQUESTED |
| OPTIONABLE, INC., KEVIN CASSIDY, : | |
| PIERPONT CAPITAL, INC., EDWARD | |
| O'CONNOR, RIDGECREST CAPITAL, INC., and : | |
| MARK NORDLICHT, | |
| : | |
| Defendants. : | |

---

**DECLARATION OF MICHAEL G. BONGIORNO IN SUPPORT OF DEFENDANT**
**OPTIONABLE, INC.'S MEMORANDUM IN SUPPORT OF**
**ITS MOTION TO DISMISS THE COMPLAINT AND TO STRIKE**
**CERTAIN ALLEGATIONS AS IMMATERIAL**

I, Michael G. Bongiorno, hereby declare under penalty of perjury as follows:

1. I am an attorney at the firm of Wilmer Cutler Pickering Hale and Dorr, LLP, counsel for Defendant Optionable, Inc. ("Optionable") in the above-captioned action. I respectfully submit this Declaration in further support of Optionable's Motion to Dismiss the Complaint and to strike certain allegations as immaterial.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in this case.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Optionable's Annual Report (Form 10-KSB), filed with the SEC on March 23, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from Optionable's Annual Report (Form 10-KSB), filed with the SEC on March 15, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the Commodity Futures Trading Commission's Opposition to Optionable's Motion to Dismiss, filed in *CFTC v. Cassidy, et al.*, No. 1:08-cv-09962-GBD (S.D.N.Y) on April 3, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from NYMEX Holdings, Inc.'s Registration Statement (Form S-1/A), filed with the SEC on November 14, 2006.

7. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the Stock and Warrant Purchase Agreement between NYMEX Holdings, Inc. and Optionable, dated April 10, 2007 and filed as part of Optionable's Quarterly Report (Form 10-QSB, Q2), filed with the SEC on August 14, 2007.

8. Attached hereto as Exhibit 7 is a true and correct copy of LEXIS Historical Stock Prices for Optionable from September 17, 2005 through January 16, 2008.

Dated: New York, New York
      June 15, 2009

                        WILMER CUTLER PICKERING
                        HALE AND DORR LLP

                        By: /s/ Michael G. Bongiorno
                            Michael G. Bongiorno
                            399 Park Avenue
                            New York, New York 10022
                            Tel.: 212-230-8800
                            Fax: 212-230-8888

                        *Attorney for Defendant Optionable, Inc.*