

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMEG NYMEX INC.
                      Plaintiff,

           -against-                    09-CV-3677

OPTIONABLE INC., KEVIN CASSIDY,
PIERPONT CAPITAL, INC.,
EDWARD O'CONNOR, RIDGECREST CAPITAL
INC., and MARK NORDLICHT,
                      Defendants.
------------------------------------------------------------X
GEORGE B. DANIELS, District Judge:

       Defendants' motions to dismiss having been denied in an Order dated, March 31, 2010,

the Clerk of the Court is directed to remove #22, #25, #28, and #31 from the motion list.


DATED: March 31, 2010
       New York, New York


                                          SO ORDERED:

                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge