UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                        Plaintiff,

            -against-                                08-CV-9961

DAVID LEE, KEVIN P. CASSIDY. EDWARD
O'CONNOR, and SCOTT CONNOR,
                        Defendants.
------------------------------------------------------------------X
COMMODITY FUTURES
TRADING COMMISSION,
                        Plaintiff,

            -against-                                08-CV-9962

KEVIN CASSIDY, EDWARD O'CONNOR
OPTIONABLE INC., DAVID LEE and
ROBERT MOORE,
                        Defendants.
------------------------------------------------------------------X
CMEG NYMEX INC.
                        Plaintiff,

            -against-                                09-CV-3677

OPTIONABLE INC., KEVIN CASSIDY,
PIERPONT CAPITAL, INC.,
EDWARD O'CONNOR, RIDGECREST CAPITAL
INC., and MARK NORDLICHT,
                        Defendants.
------------------------------------------------------------------X
GEORGE B. DANIELS, District Judge:

       All defendants' motions to dismiss the above captioned actions are denied. A conference in all cases will be held on April 14, 2010 at 10:00am. A Memorandum Decision will issue prior to the conference date.

Dated: March 31, 2010
       New York, New York

                                          SO ORDERED:

                                          GEORGE B. DANIELS
                                          United States District Judge